# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| KEVIN KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION FILE NO. |
| ) | 5:12-CV-00413-MTT |
| WAL-MART STORES, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and the Defendant in the above-styled action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and file this stipulation of voluntary dismissal with prejudice. All parties shall bear their own costs and attorneys' fees.

*[SIGNATURES ON THE FOLLOWING PAGE]*

Respectfully submitted this 9th day of May, 2013.

*/s/ John F. Beasley, Jr.*
John F. Beasley, Jr.
Ga. Bar No. 045010
jfbeasley@jfbeasleylaw.com
**JF BEASLEY, LLC**
31 North Main Street
P.O. Box 309
Watkinsville, Georgia 30677
Telephone: 706-769-4410
Facsimile: 706-769-4471

**COUNSEL FOR PLAINTIFF**

*/s/ Will Adams*
Marc A. Taylor
Ga. Bar No. 700740
mtaylor@taylorenglish.com
Will Adams
Ga. Bar No. 004655
wadams@taylorenglish.com
Shawntel Hebert
Ga. Bar No. 512220
shebert@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle
Suite 400
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-4819

**COUNSEL FOR DEFENDANT**